**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>DUSTIN TESCH,<br><br>            Defendant. | Case No. 2:22-cr-00038-JAD-NJK<br><br>ORDER<br><br>(Docket No. 20) |

On March 2, 2022, the Court ordered a psychiatric or psychological evaluation of Defendant Dustin Tesch, pursuant to 18 U.S.C. §§ 4241, 4242, and 4247. Docket No. 7. For good cause shown, the Court hereby **GRANTS** Warden W.Z. Jenkins II's request for an extension of Defendant's commitment to the Metropolitan Detention Center, Los Angeles, California for the full 75 days allowed under the statute, for the purpose of completing the ordered evaluation. Docket No. 20. Accordingly, Defendant's commitment for the purpose of said evaluation commenced upon Defendant's medical clearance at the Metropolitan Detention Center, Los Angeles, California, on April 28, 2022, and the evaluation shall be completed no later than July 11, 2022.

The Court **CONTINUES** the status hearing currently set for May 13, 2022, to August 3, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS SO ORDERED.

DATED: May 12, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE