**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00038-JAD-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| DUSTIN TESCH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 3, 2026 at 11:00 a.m., be vacated and advanced to May 27, 2026, at the hour of 11:00 a.m.

DATED this 30th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3